# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION,               ) | |
|                                                                 ) | |
|         Plaintiff,                           ) | C.A. No. 20-0007-RGA |
|                                                                 ) | |
| v.                                                            ) | |
|                                                                 ) | **JURY TRIAL DEMANDED** |
| SYNKLOUD TECHNOLOGIES, LLC,  ) | |
|                                                                 ) | |
|         Defendant.                       ) | |

## PLAINTIFF MICROSOFT CORPORATION'S
## UNOPPOSED MOTION AND PROPOSED ORDER TO EXTEND TIME

Plaintiff Microsoft Corporation, by and through its attorneys, respectfully moves to extend the deadline for defendant SynKloud Technologies, LLC ("Defendant") to move, answer or otherwise respond to the Complaint in this action until February 26, 2020. Microsoft understands that this extension is necessary to allow Defendant sufficient time to review the allegations in the Complaint and retain counsel.

|  |  |
|---|---|
|  | */s/ Kelly E. Farnan* |
|  | Kelly E. Farnan (#4395) |
| OF COUNSEL: | Travis S. Hunter (#5350) |
|  | Richards, Layton & Finger, P.A. |
| Richard A. Cederoth | One Rodney Square |
| SIDLEY AUSTIN LLP | 920 North King Street |
| One South Dearborn | Wilmington, DE 19801 |
| Chicago, IL 60603 | (302) 651-7700 |
| (312) 853-7000 | farnan@rlf.com |
|  | hunter@rlf.com |
| Ching-Lee Fukuda |  |
| Ketan V. Patel | *Attorneys for Plaintiff Microsoft Corporation* |
| SIDLEY AUSTIN LLP |  |
| 787 Seventh Avenue |  |
| New York, NY 10019 |  |
| (212) 839-5300 |  |

Dated: January 21, 2020

RLF1 22764676v.1

**SO ORDERED** this _____ day of January, 2020

_____
UNITED STATES DISTRICT JUDGE