

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

**VIA CM/ECF**

NOVEMBER 3, 2020

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, Delaware 19801

Re: *Microsoft Corp. v. SynKloud Technologies, LLC*, C.A. No. 1:20-cv-00007-RGA;
     *SynKloud Technologies, LLC v. HP Inc.*, C.A. No. 1:19-cv-01360-RGA

Dear Judge Andrews,

Please update the dial-in information for the Joint Rule 16(b) teleconference scheduled for November 16, 2020 at 10:00 am as follows:

    **Dial-in:**      302-214-2644

    **Passcode:**   1101

We are available at the Court's convenience should Your Honor have any questions or concerns.

                                                      Respectfully,

                                                      /s/ *Timothy Devlin*
                                                        Timothy Devlin

cc:      Counsel of record (via CM/ECF)